UNITED STATES DISTRICT COURT

MIDDLE DISTRICT OF LOUISIANA

JOHN POULLARD (#98999)

VERSUS

JAMES LEBLANC

CIVIL ACTION

NO. 13-641-JJB-RLB

**RULING**

The court has carefully considered the petition, the record, the law applicable to this action, and the Report and Recommendation of United States Magistrate Judge Richard L. Bourgeois, Jr. dated March 26, 2014 (doc. no. 7). The plaintiff filed an objection which merely reasserts the same arguments and has been duly considered.

The court hereby approves the report and recommendation of the magistrate judge and adopts it as the court's opinion herein. Accordingly, the petitioner's application for habeas corpus relief is DISMISSED. Further, in the event that the Petitioner seeks to pursue an appeal in this case, a certificate of appealability is DENIED.

Baton Rouge, Louisiana, this 28th day of April, 2014.

_____
JAMES J. BRADY
UNITED STATES DISTRICT JUDGE